**2010-0212. State ex rel. Sevayega v. Gallagher.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, LANZINGER, and CUPP, JJ., concur. O'DONNELL, J., not participating.

**2010-0261. State ex rel. Carr v. Croft.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010-0281. [State ex rel.] Popov v. Bowling.**
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010-0309. State ex rel. Williams v. Helmick.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010-0313. [State ex rel.] JQ Solutions v. State.**
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010-0322. Woods v. Hamilton Cty. Court of Common Pleas.**
In Habeas Corpus. On petition for writ of habeas corpus of Jeffery A. Woods. Sua sponte, cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010-0382. Craig v. Jackson.**
In Habeas Corpus. On petition for writ of habeas corpus of Milton William Craig. Sua sponte, cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010-0392. Hazel v. Knab.**
In Habeas Corpus. On petition for writ of habeas corpus of Corey Hazel. Sua sponte, cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur. LANZINGER, J., dissents and would order a return on the writ.

**2010-0400. Tribue v. Sheldon.**
In Habeas Corpus. On petition for writ of habeas corpus of Andre Tribue. Sua sponte, cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

# MOTION AND PROCEDURAL RULINGS

**2009-2127. [State ex rel.] Evans v. Sheward.**
In Mandamus. On motion to clarify the court's January 27, 2010 decision. Motion denied.

**2009-2136. State ex rel. Brown v. Strickland.**
In Mandamus. On answer of respondent. Sua sponte, an alternative writ is granted, and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 10.6: